06-486-02

**2006 FDC 026068**          File Date: **11/23/2006**
UNITED STATES Vs. REGINALD G BIZZELL
aka

PDID #

Lock up number

**FILED**

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT