UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)  Crim. No.  06-0486M-02
)
versus )
)
Reginald Bizzell, )
_____Defendant_____)

NOTICE OF ATTORNEY APPEARANCE

The clerk of the Court will please note the entry of my appearance *nunc pro tunc* to November 24, 2006, on behalf of defendant under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Reginald Bizzell

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 19th day of December, 2006, Angela George, Esq., U.S. Attorney's Office, Narcotics and Gang Prosecution (U.S. District Court), 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*

1